## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: April 4, 2012
Court Reporter: Paul Zuckerman
Probation Officer: Patrick Lynch

Criminal Action No. 10-cr-00181-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Suneeta Hazra
                                              John Scully

      Plaintiff,

v.

JOHN C. WALSHE,                               Anthony Viorst

      Defendant.

---

## SENTENCING MINUTES
---

**11:08 a.m.    Court in session**.

Defendant present in custody.

**Defendant found guilty of Counts 1-18 of the Indictment by jury on November 14, 2011.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #178)**

**Witness sworn for the defendant : Renee Vigil :**
**11:13 a.m.**    Direct Examination by Mr. Viorst.

Cross examination of witness by Mr. Scully.

**Witness sworn for the defendant : John Walsh, Jr. :**
**11:19 a.m.**     Direct Examination by Mr. Viorst.

No cross examination.

**Witness sworn for the defendant : Nicole Kitei :**
**11:23 a.m.**     Direct Examination by Mr. Viorst.

Cross examination of witness by Mr. Scully.

Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**     Defendant's Motion for Non-Guideline Sentence **(Doc. #178)** is **DENIED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Motion for Order For Costs of Prosecution **(Doc. #175)** is **GRANTED**.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:26 p.m.**     **Court in recess.**

Total Time:    1 hour 18 minutes
Hearing concluded.